# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Winters, Jr., | No. CV-21-00185-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Long M Nguyen, et al., | |
| Defendants. | |

Pursuant to Plaintiff Richard Winters, Jr. ("Plaintiff") and Defendants Long M. Nguyen and Long M. Nguyen, PLLC ("Defendants") stipulation to dismiss (Doc. 29) and for good cause shown,

**IT IS ORDERED** that Plaintiff's claims against Defendants are dismissed with prejudice, and the putative class's claims against Defendants are dismissed without prejudice, with each party to bear their own attorney's fees and costs.

Dated this 17th day of May, 2022.

Honorable Susan M. Brnovich
United States District Judge